157 A.3d 474

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mario Darrell DAVIS, Jr., Petitioner**

**No. 257 MAL 2014**

Supreme Court of Pennsylvania.

DECIDED: September 6, 2016

## ORDER

PER CURIAM

**AND NOW,** this 6th day of September, 2016, the Petition for Allowance of Appeal is **GRANTED,** the judgment of sentence is **VACATED,** and the matter is **REMANDED** for

resentencing without application of 42 Pa.C.S. § 9712. *See Commonwealth v. Hopkins*, 632 Pa. 36, 117 A.3d 247 (2015); *Commonwealth v. Wolfe*, 636 Pa. 37, 140 A.3d 651 (2016).